# Exhibit B

John & Faye Delbridge

The Honorable Carl J. Nichols
United States District Court Judge

Re: John Delbridge, Jr. and John Delbridge III

Dear Judge Nichols:

We are writing this letter to you on behalf of John Delbridge, Jr. (our son) and John Delbridge III (our oldest grandson).

We obviously have known them all their lives. John Sr. has always been a hard worker with the best interests of his family at the forefront of his life. He built his business from ground up with little capital and lots of hours and blood, sweat and tears. When he was 18, he set out for California in search of what he wanted to do with his life. He had very little money and met a contractor who was renovating an old warehouse who hired him and let him live in the warehouse. He was a great mentor for John, Jr. From that experience John Jr. realized he had a gift for construction and took great pride in the quality of his work. He worked with the contractor for a period of time and then struck out on his own. He built up a portfolio of work after 3-4 years of working and eventually took the California general contractor license testing to become his own contractor. Most states don't require testing for contactors but California did. He has been mostly building and remodeling homes since then. In 2008, he lost everything in the downturn of real estate. He has worked hard since then to build his business back up working 6 to 7 days a week. It has become a family business. His business also employs our grandsons, T███ and John III and not working will greatly impact their lives, as he is the owner and person who has the ability to contract most of the work. He is a great son who loves his family and has strong ties to the community.

John III works for his dad John Jr. He also has learned a lot from the trade and has started working with his own clients too. He is a new father of our great granddaughter, R███ who is nearly 2 years old. She is the apple of his eye and lives and breathes for his daughter. She is solely dependent on her father and his working. He has always been a totally honest man all his life who loves his family. He cares for people and always helping people when they need it. He is law-abiding and makes good decisions in his life. He finally was able to purchase an old trailer and completely renovated it inside and out for his family. Without him working, he will lose everything that he has worked so hard for. He is kind, has a soft heart for people and deserves a second chance.

I am asking you to look at the men these two individuals as they really are. The responsibilities they have and the honor they bring their family. Hopefully you understand how much we love them both and know that you would be pleading for leniency for them if they were your children also.

Thank you your Honor for taking time to read this letter.

*John A Delbridge Sr.   Faye Delbridge*
John Delbridge, Sr. and Faye Delbridge

Exhibit B