# Exhibit C

To:    The Honorable Carl J Nichols,
        United States District Judge

From:  John Hasso

■■■■■■■■■■■■■
■■■■■■■■■■■■

Re:    John Delbridge, Jr. "John" and John Delbridge, III "Johnny"

Date:  August 30, 2024

Your Honor,

I met John and his son, who I and many refer to as Johnny, two years ago. I met John through his wife Kari. Both Kari and I worked with special needs children at a local middle school and during conversation with Kari I let her know I was working on a personal construction project and gave up because I was getting the runaround from numerous contractors. Kari told me her husband (John) is no nonsense contractor that would be happy to discuss my project.

I met with John a short time later and quickly realized he was a trustworthy and dedicated contractor and more importantly I could tell he was honest and caring.

I was a police officer for 27 years and served in the United States Marine Corps. prior to my career in law enforcement. Honorable retired from both. I acquired an ability to be a good judge of character during my career in public service and with John I immediately sensed he was a good and honorable man.

Shortly after hiring John we quickly became good friends on a level beyond client / contractor. I had the opportunity to meet John's sons, one of which is "Johnny", and after getting to know Johnny I was impressed with his professionalism and kindness. Johnny was very respectful and to me this is one of the strongest indicators of good parenting and it was evident Johnny was raised by parents who understood the importance of raising a hard worker who was respectful and kind. Johnny would always go out of his way to make sure me, as well as the people I saw him interact with, were his top priority. Johnny is a kind man and works hard to please others. On many occasions Johnny would often take care of small tasks for me without even asking for anything extra.

As time marched on John became more of a friend than a contractor. I had the opportunity to see John and his interactions with his wife, kids and his grandkids. John would give his all to his family and I saw examples of this many times while at his house and on other occasions. He always makes it a priority to take care of his family and friends. His grandkids are his pride and joy and watching his interactions with his grandkids again shows his kindness and caring for others.

Exhibit C

I had the opportunity to meet one of John's subcontractors who was near death several years ago while battling Covid 19. This contractor shared a story with me that really touches on the character of John Delbridge. After battling Covid 19 and not having the ability to get back to work for sometime this subcontractor told me John took care of him financially and ensured that he was able to earn an income and make a living when he was unable to work due to his illness. He spoke with such high regard about John's loyalty and his caring for him and others. I heard this time and time again from many other people that knew John. On a personal level John has always been there to help me when I ran into issues that were above my level of expertise. He never asked for anything in return.

John runs a business, but more importantly he takes care of his family financially and emotionally and his business is an important part of his ability to accomplish these tasks. John is the patriarch of the family and the most integral part of his business. It would prove to be a hardship on him, his family, his friends and of course his clients if he was unable to serve those needs for any amount of time. His son "Johnny" is his right hand man and there is no doubt in my mind his inability to assist in running the business for any amount of time would prove to be devastating to the family, business and his young daughter and family.

Both John and Johnny are devoted family men. I have got to know them well and I can say with confidence that incarceration of John as well as Johnny would be extremely detrimental to their livelihoods as well as their emotional well being. I request your honor please take these above facts into consideration when sentencing both.

Thank you for giving me the opportunity to voice my feelings and opinions about both John and his son Johnny and I appreciate the opportunity to convey my message to the court.

Respectfully

John Hasso

Exhibit C