# Exhibit D

**Matthew Laughlin**



August 30, 2024

**The Honorable Carl J. Nichols**
United States District Court Judge

**Re: Character Reference for John Delbridge, Jr. and John Delbridge, III**

Dear Judge Nichols,

I first met John Delbridge, Jr. around nine years ago through a local chapter of Business Network International (BNI), a global referral networking group. We were both members of the same chapter for at least two or three years. BNI is designed to foster close relationships among business owners, building trust and facilitating business referrals. John quickly earned a strong reputation in our group, with many members expressing their gratitude and endorsing his work in residential remodeling and building. I always appreciated his candor and goodwill.

Several years later, John hired me as his life and business coach. Over the course of more than ten months, I got to know John on a much deeper, more personal level through our weekly sessions. We discussed all aspects of his life and business, including how to become a better husband, father, and business owner. Two of his sons, John Delbridge III and Tristan Delbridge, work closely with him in his construction business. A recurring theme in our sessions was how to mentor and lead his sons in a family business in the healthiest and most respectful manner possible. John is a generous man, sometimes to a fault, often prioritizing the needs of others, even when it meant overextending himself or impacting his business's profitability. His concerns consistently reflected his strong character and values, focusing on how to help family members while maintaining healthy boundaries, improve communication with his sons, better his marriage, and grow as a business leader.

After our coaching engagement, my wife and I trusted John enough to hire him to build a small mother-in-law house on our property. In a booming building market, we knew that with John, we would be well cared for and charged fairly for his work. John not only delivered excellent results but also went out of his way to accommodate our limited budget. During this project, I got to know his son, John Delbridge III, even better, as he worked closely on our property. I had previously met John III a few times during coaching sessions with his father, but I gained a deeper appreciation for him while watching him work. He is a remarkably kind and earnest young man, whom I admire greatly. Like his father, he is dedicated to his family, building his schedule around being there for them. He too has earned my trust and respect.

Sincerely,

Matthew Laughlin

Exhibit D